CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 18 2007

JOHN F. CORCORAN, CLERK
BY: O Thompson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, L.L.C., Appellant, | ) ) ) ) | Civil Action No. 5:07cv00057 |
| v. | ) ) ) ) | **CERTIFICATION FOR INTERLOCUTORY APPEAL** |
| JOHN J. WATERS and TARA C. WATERS, Appellees. | ) ) ) ) ) | By: Samuel G. Wilson United States District Judge |

In accordance with the memorandum opinion entered this day, it is **ORDERED** and **ADJUDGED** that the creditor's motion to certify this matter for direct appeal to the United States Court of Appeals for the Fourth Circuit is hereby **GRANTED**; accordingly, the court **CERTIFIES**, pursuant to 28 U.S.C. § 158(d)(2)(B), that the order appealed from the bankruptcy court involves a question of law as to which there is no controlling decision of the United States Court of Appeals for the Fourth Circuit or of the Supreme Court of the United States.

**ENTER:** This 18th day of July, 2007.

_____
United States District Judge